| | |
|---|---|
| RAMEY LLP<br>Susan S.Q. Kalra, Bar No. 16740<br>skalra@rameyfirm.com<br>5020 Montrose Blvd., Suite 800<br>Houston, TX  77006<br>Tel:     +1.800.993.7499<br>Fax:    +1.832.900.4941<br><br>RAMEY LLP<br>William P. Ramey, III (*pro hac vice* anticipated)<br>wramey@rameyfirm.com<br>5020 Montrose Boulevard, Suite 800<br>Houston, TX  77006<br>Tel:     +1.713.426.3923<br>Fax:    +1.832.689.9175<br><br>Attorneys for Plaintiff<br>KOJI IP, LLC | MORGAN, LEWIS & BOCKIUS LLP<br>Michael J. Lyons, Bar No. 202284<br>michael.lyons@morganlewis.com<br>Corey R. Houmand, Bar No. 268366<br>corey.houmand@morganlewis.com<br>1400 Page Mill Road<br>Palo Alto, CA  94304<br>Tel:     +1.650.843.4000<br>Fax:    +1.650.843.4001<br><br>Attorneys for Defendant<br>Energous Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KOJI IP, LLC, a Texas Limited Liability Company,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ENERGOUS CORPORATION, a Delaware corporation,<br><br>　　　　　　　　Defendant. | Case No. 4:23-cv-05750-HSG<br><br>**STIPULATION AND ORDER (as modified) FOR:**<br><br>**FURTHER EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT AND**<br><br>**POSTPONEMENT OF CASE MANAGEMENT CONFERENCE [L.R. 6-2]**<br><br>Judge:　Hon. Haywood S. Gilliam, Jr.<br>Dept.:　Courtroom 2 – 4th Floor |

1   **WHEREAS,** on November 8, 2023, plaintiff Koji IP LLC ("Plaintiff") filed its Original

2   Complaint for Patent Infringement (the "Complaint") against defendant Energous Corporation

3   ("Defendant");

4   **WHEREAS,** the Parties previously stipulated to extend the deadline for Defendant to file

5   and serve its response to the Complaint shall be January 18, 2024 (ECF No. 13);

6   **WHEREAS,** the Court has scheduled a February 6, 2024 Initial Case Management

7   Conference and has ordered that the parties file their Rule 26(f) Report and Joint Case

8   Management Statement one week earlier on January 30, 2024 (ECF No. 8);

9   **WHEREAS,** the Parties have engaged in settlement discussions and believe they are close

10   to agreeing upon a resolution of this litigation; and

11   **WHEREAS,** the Parties agree that a (1) further 30-day extension of the deadline for

12   Defendant to file and serve its response to the Complaint and (2) postponement of the February 6,

13   2024 Initial Case Management Conference is warranted to give the parties additional time to

14   complete their discussions and resolve this case without further proceedings.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

STIPULATION AND ORDER FOR
EXTENSION OF TIME
4:23-CV-05750-HSG

**BASED ON THE FOREGOING, THE PARTIES HEREBY STIPULATE AND AGREE AND ASK THE COURT TO ENTER AN ORDER AS FOLLOWS:**

The deadline for Defendant to file and serve its response to the Complaint shall be extended to Monday, February 17, 2024.

The Court's February 6, 2024 Initial Case Management Conference, and corresponding deadline for the parties to file their Rule 26(f) Report and Joint Case Management Statement, is postponed and rescheduled to a date and time at the Court's convenience after February 17, 2024.

**IT IS SO AGREED AND STIPULATED.**

Dated: January 17, 2024                MORGAN, LEWIS & BOCKIUS LLP

By   /s/ Michael J. Lyons
Michael J. Lyons
Attorneys for Defendant
Energous Corporation

Dated: January 17, 2024                RAMEY LLP

By   /s/ William P. Ramey, III
William P. Ramey, III
Attorneys for Plaintiff
Koji IP, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The telephonic case management conference previously set for February 6, 2024 is continued to February 27, 2024 at 2:00 p.m. The dial-in information and instructions remain the same as previously provided in docket no. 11. Case Management Statement due by February 20th.

Date: 1/18/2024

Honorable Haywood S. Gilliam, Jr.
United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

STIPULATION AND ORDER FOR
EXTENSION OF TIME
4:23-CV-05750-HSG